1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9   RONALD KNUTSON,
10          Plaintiff,                    No. CIV S-10-1970 DAD P
11      vs.
12  FRANCISCO JACQUEZ,
13          Defendant.                    ORDER
14  _____/
15          Plaintiff, a state prisoner proceeding pro se, is seeking relief pursuant to 42 U.S.C.
16  § 1983.  On July 23, 2010, plaintiff filed a motion requesting a temporary restraining order.  A
17  week later, on July 30, 2010, plaintiff filed a motion to "amend [a] caption."  Plaintiff's motions,
18  however, are otherwise illegible.  Despite its best efforts, the court is unable to discern what
19  relief plaintiff is seeking.  Accordingly, the court will deny plaintiff's motions without prejudice
20  to him refiling his requests.  Plaintiff is advised that if he decides to refile his motions, they
21  should be typed or clearly handwritten.
22          The court also notes that plaintiff has not filed a complaint.  Plaintiff is advised
23  that he must file a complaint in this case in order to properly commence an action.  Fed. R. Civ.
24  P. 3.  The court will not issue any orders granting relief of any kind until plaintiff has properly
25  commenced this action.
26  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 23, 2010 motion for a temporary restraining order (Doc. No. 1) is denied without prejudice;

2. Plaintiff's July 30, 2010 motion to amend a caption (Doc. No. 4) is denied without prejudice;

3. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

4. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action by a prisoner.

DATED: August 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
knut1970.mots+nocompl